AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>United States Postal Service ("USPS") Priority Mail Parcel, bearing tracking number "9505513811619252332546" addressed to "Andrea Gomez, 3236 Orchard St, Wichita, KS 67208" with a return address of "Jesse Gomez, 1032 Skyline St, Calexico, CA 92231" was mailed on September 9, 2019 from Calexico, CA Post Office 92231. Further, this parcel weighs approximately 6 pounds 13 ounces and bears $19.95 in postage ("Subject Parcel"). | ) ) ) ) ) ) ) Case No. 19-6149-GEB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ KANSAS _____
*(identify the person or describe the property to be searched and give its location):*

United States Postal Service ("USPS") Priority Mail Parcel, bearing tracking number "9505513811619252332546" addressed to "Andrea Gomez, 3236 Orchard St, Wichita, KS 67208" with a return address of "Jesse Gomez, 1032 Skyline St, Calexico, CA 92231" was mailed on September 9, 2019 from Calexico, CA Post Office 92231. Further, this parcel weighs approximately 6 pounds 13 ounces and bears $19.95 in postage ("Subject Parcel").

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Items to be seized from the Subject Parcel include ~~controlled substances, such as but not limited to~~ marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia, including narcotic packaging; any US currency related to the possession or distribution of a controlled substance.

**YOU ARE COMMANDED** to execute this warrant on or before   September 18, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Gwynne E. Birzer _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   09/11/2019 0:00 am
9:31 AM

City and state:   Wichita, Kansas

*Judge's signature*

HONORABLE ROBERT LARSEN, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2867518-PMN | 9/11/19  1020 HRS | N/A |

Inventory made in the presence of: SHADE / MARTIN

Inventory of the property taken and name of any person(s) seized:

APPROXIMATELY 5.96 lb. CRYSTAL LIKE SUBSTANCE.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/11/19

_Executing officer's signature_

PAUL SHADE    POSTAL INSPECTOR
_Printed name and title_